IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LYNAM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO.: CV-15-00378-CG-C |
| BISHOP STATE COMMUNITY COLLEGE, ALABAMA DEPARTMENT OF POST-SECONDARY EDUCATION, | ) ) ) ) |
| Defendants. | ) ) |

## **DISCLOSURE STATEMENT**

Pursuant to S.D. Ala. Civ. Local Rule 7.1, Defendants Bishop State Community College and Alabama Community College System (formerly Alabama Department of Postsecondary Education) are governmental entities pursuant to Ala. Code § 16-60-110.1.

Respectfully submitted,

 */s/ Windy C. Bitzer*
WINDY C. BITZER (BIT005)
*Deputy Attorney General*
CHRISTINE HARDING HART (HAR345)
*Deputy Attorney General*
HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
*Attorneys for Defendants*
*Bishop State Community College and*
*Alabama Community College System*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Steven L. Terry
1409 Government Street
Mobile, AL  36604
steventerry2@netzero.com


    */s/ Windy C. Bitzer*

2219086_1