**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JOHN LYMAN,                                          :

    Plaintiff,                                   :

vs.                                                        :          CA 15-0378-CG-C

BISHOP STATE COMMUNITY                 :
COLLEGE, et al.,
                                                             :
    Defendants.

**ORDER**

It was not necessary for the defendants to file a disclosure statement. *Compare* S.D. Ala. CivLR 7.1(a) ("All ***non-governmental artificial entities*** appearing as parties . . . shall file a Disclosure Statement[.]") *with* Fed.R.Civ.P. 7.1(a) (referencing that a nongovernmental ***corporate party*** must file a disclosure statement).) Nevertheless, a review of the disclosure statement filed (Doc. 10) has not revealed any reason to believe that there are potential conflicts of interest that would require disqualification or recusal in this action.

**DONE** and **ORDERED** this the 20th day of October, 2015.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**