IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LYMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0378-CG-C |
| | ) |
| BISHOP STATE COMMUNITY | ) |
| COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated November 10, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to dismiss filed by Bishop State and Alabama Community College System (Doc. 9) is **GRANTED**, and that Count I of plaintiff's complaint and the punitive damages demand in Count II of the complaint are hereby **DISMISSED**.

**DONE and ORDERED** this 1st day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE