IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LYNAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-378-CG-C |
| | ) |
| BISHOP STATE COMMUNITY | ) |
| COLLEGE, and ALABAMA | ) |
| COMMUNITY COLLEGE SYSTEM, | ) |
| | ) |
| Defendants. | |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendants' motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants, **Bishop State Community College** and **Alabama Community College System**, and against Plaintiff, **John Lynam**, and this case is hereby **DISMISSED WITH PREJUDICE**. Costs are taxed against the Plaintiff.

**DONE** and **ORDERED** this 4th day of November, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE